Exhibit A

John G. Takacs, Esquire
89 North Haddon Avenue
Haddonfield, NJ 08033
(856) 429-3477
(856) 795-9776 FAX
Attorney for Plaintiff

| | | |
|---|---|---|
| SITEXPEDITE<br>2233 W. Hilltop Lane<br>Oak Creek, WI 53154 | : | SUPERIOR COURT OF NEW JERSEY<br>UNION COUNTY<br>LAW DIVISION |
| | : | |
| Plaintiff, | : | DOCKET NO.: L-002135-12 |
| v. | : | |
| NeXXCom Wireless LLC<br>10455 Pacific Center Court<br>San Diego, CA 92121 | : | CIVIL ACTION |
| | : | |
| | : | SUMMONS |
| Defendant. | : | |

From the State of New Jersey, to the Defendant named above:

**NeXXCom Wireless, LLC**
**10455 Pacific Center Court**
**San Diego, CA 92121**

        The plaintiff named above has filed a lawsuit against you in the Superior Court of
New Jersey.  The complaint attached to this summons states the basis for this lawsuit.  If you
dispute this complaint, you or your attorney must file a written answer or motion and proof of
service with the deputy clerk of the Superior Court in the county listed above within 35 days
from the date you received this summons, not counting the date you received it.  (The address
of each deputy clerk of the Superior Court is provided.)  If the complaint is one in foreclosure,
then you must file your written answer or motion and proof of service with the Clerk of the
Superior Court, Hughes Justice Complex, CN-971, Trenton, New Jersey 08625.  A filing fee
payable to the Clerk of the Superior Court and a completed Case Information Statement
(available from the deputy clerk of the Superior Court) must accompany your answer or
motion when it is filed.  You must also send a copy of your answer or motion to plaintiff's
attorney whose name and address appear above, or to plaintiff, if no attorney is named above.
A telephone call will not protect your rights: you  must file and serve a written answer or
motion (with fee and completed Case Information Statement) if you want the court to hear
your defense.

        If you do not file and serve a written answer or motion within 35 days, the court may
enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit.  If
judgment is entered against you, the Sheriff may seize your money, wages or property to pay
all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live.  A list of these offices is provided.  If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services.  A list of these numbers is also provided.

Dated: June 27, 2012                         Jennifer M. Perez /s/
                                             _____
                                             JENNIFER M. PEREZ
                                             Clerk of the Superior Court

Name of Defendant to be Served:              NeXXCom Wireless, LLC
Address of the Defendant to be Served:       10455 Pacific Center Court
                                             San Diego, CA 92121

**DEPUTY CLERK OF THE SUPERIOR COURT:**

**Camden County:**

Clerk of Superior Court
Law Division
Camden County
101 South 5th Street
Camden, NJ 08103

**LEGAL AID AND LEGAL SERVICES:**

**Burlington County:**
See Camden County

**Camden County:**
(856) 964-2010

**Cumberland County:**
See Camden County

**Gloucester County:**
See Camden County

**Salem County:**
See Camden County

**LAWYER REFERRAL SERVICES:**

Association of Trial Lawyers
Lawyer Referral Service
(800) 367-0089

Atlantic County Bar Association
Lawyer Referral Service
(609) 345-3444

Bergen County Bar Association
Lawyer Referral Service
(201) 488-0044

Burlington County Bar Association

Lawyer Referral Service
(609) 261-4862

Camden County Bar Association
Lawyer Referral Service
(856) 964-4520

Cape May County Bar Association
Lawyer Referral Service
(609) 463-0313

Cumberland County Bar Association
Lawyer Referral Service
(856) 692-6207

Essex County Bar Association
Lawyer Referral Service
(973) 622-7753

Gloucester County Bar Association
Lawyer Referral Service
(856) 848-4589

Hudson County Bar Association
Lawyer Referral Service
(201) 798-2727

Hunterdon County
Lawyer Referral Service
(908) 735-2611

Mercer County Bar Association
Lawyer Referral Service
(609) 585-6200

Middlesex County Bar Association
Lawyer Referral Service
(732) 828-0053

Monmouth Bar Association
Lawyer Referral Service
(732) 431-5544

Morris/Sussex/Warren County Bar
Assoc.
Lawyer Referral Service
(973) 267-5882

Ocean County Bar Association
Lawyer Referral Service
(732) 240-3666

Passaic County Bar Association
Lawyer Referral Service
(973) 278-9223

Salem County Bar Association
Lawyer Referral Service
(856) 935-5629

Union County Bar Association
Lawyer Referral Service
(908) 353-4715

CASE HAS BEEN ASSIGNED TO:  TRACK 2.

THE DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

THE PRETRIAL JUDGE ASSIGNED IS:  HON LISA F. CHRYSTAL

IF YOU HAVE ANY QUESTIONS, CONTACT TEAM     002 AT:  (908) 659-4823.

IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING. PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORD WITH  R.4:5A-2.

ATTENTION:

ATT: JOHN G. TAKACS
TAKACS & MESSA
59 NORTH HADDON AVE
HADDON HILL         NJ  08037

**Appendix XII-B1**



## CIVIL CASE INFORMATION STATEMENT (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
**Pleading will be rejected for filing, under *Rule* 1:5-6(c),
if information above the black bar is not completed
or attorney's signature is not affixed**

| FOR USE BY CLERK'S OFFICE ONLY | | |
|---|---|---|
| PAYMENT TYPE: ☐ CK ☐ CG ☐ CA | | |
| CHG/CK NO. | | |
| AMOUNT: | | |
| OVERPAYMENT: | | |
| BATCH NUMBER: | | |

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| John G. Takacs, Esquire | (856) 429-3477 | Union |

| FIRM NAME (if applicable) | DOCKET NUMBER (when available) |
|---|---|
| | UNNL 2135 12 |

| OFFICE ADDRESS | DOCUMENT TYPE |
|---|---|
| 89 North Haddon Avenue<br>Haddonfield, NJ 08033 | Complaint |
| | JURY DEMAND ☐ YES ☒ No |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| SiteXpedite | v. NeXXCom Wireless LLC |

| CASE TYPE NUMBER (See reverse side for listing) | IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ☒ NO |
|---|---|
| 599 | IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |

| RELATED CASES PENDING?<br>☐ Yes ☒ No | IF YES, LIST DOCKET NUMBERS |
|---|---|
| DO YOU ANTICIPATE ADDING ANY PARTIES<br>(arising out of same transaction or occurrence)?<br>☐ Yes ☒ No | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known)<br>☐ NONE<br>☒ UNKNOWN |

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP?<br>☐ Yes ☒ No | IF YES, IS THAT RELATIONSHIP:<br>☐ EMPLOYER/EMPLOYEE ☐ FRIEND/NEIGHBOR ☐ OTHER (explain)<br>☐ FAMILIAL ☐ BUSINESS |
|---|---|

DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☒ Yes ☐ No

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?<br>☐ YES ☒ No | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| WILL AN INTERPRETER BE NEEDED?<br>☐ YES ☒ No | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE:



**Side 2**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

## CASE TYPES (Choose one and enter number of case type in appropriate space on the reverse side.)

### Track I - 150 days' discovery
151 NAME CHANGE
175 FORFEITURE
302 TENANCY
399 REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
502 BOOK ACCOUNT (debt collection matters only)
505 OTHER INSURANCE CLAIM (including declaratory judgment actions)
506 PIP COVERAGE
510 UM or UIM CLAIM (coverage issues only)
511 ACTION ON NEGOTIABLE INSTRUMENT
512 LEMON LAW
801 SUMMARY ACTION
802 OPEN PUBLIC RECORDS ACT (summary action)
999 OTHER (briefly describe nature of action)

### Track II - 300 days' discovery
305 CONSTRUCTION
509 EMPLOYMENT (other than CEPA or LAD)
599 CONTRACT/COMMERCIAL TRANSACTION
603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
605 PERSONAL INJURY
610 AUTO NEGLIGENCE – PROPERTY DAMAGE
621 UM or UIM CLAIM (includes bodily injury)
699 TORT – OTHER

### Track III - 450 days' discovery
005 CIVIL RIGHTS
301 CONDEMNATION
602 ASSAULT AND BATTERY
604 MEDICAL MALPRACTICE
606 PRODUCT LIABILITY
607 PROFESSIONAL MALPRACTICE
608 TOXIC TORT
609 DEFAMATION
616 WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
617 INVERSE CONDEMNATION
618 LAW AGAINST DISCRIMINATION (LAD) CASES

### Track IV - Active Case Management by Individual Judge / 450 days' discovery
156 ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
303 MT. LAUREL
508 COMPLEX COMMERCIAL
513 COMPLEX CONSTRUCTION
514 INSURANCE FRAUD
620 FALSE CLAIMS ACT
701 ACTIONS IN LIEU OF PREROGATIVE WRITS

### Centrally Managed Litigation (Track IV)
285 STRYKER TRIDENT HIP IMPLANTS
288 PRUDENTIAL TORT LITIGATION
289 REGLAN
290 POMPTON LAKES ENVIRONMENTAL LITIGATION

291 PELVIC MESH/GYNECARE
292 PELVIC MESH/BARD
293 DEPUY ASR HIP IMPLANT LITIGATION
295 ALLODERM REGENERATIVE TISSUE MATRIX
623 PROPECIA

### Mass Tort (Track IV)
266 HORMONE REPLACEMENT THERAPY (HRT)
271 ACCUTANE/ISOTRETINOIN
274 RISPERDAL/SEROQUEL/ZYPREXA
278 ZOMETA/AREDIA
279 GADOLINIUM

281 BRISTOL-MYERS SQUIBB ENVIRONMENTAL
282 FOSAMAX
284 NUVARING
286 LEVAQUIN
287 YAZ/YASMIN/OCELLA
601 ASBESTOS

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics.

Please check off each applicable category    ☐ Putative Class Action    ☐ Title 59

page 2 of 2

Effective 05-07-2012, CN 10517-English

John G. Takacs, Esquire
 89 North Haddon Avenue
Haddonfield, NJ 08033
(856) 429-3477
(856) 795-9776 FAX
Attorney for Plaintiff

RECEIVED / FILED
Superior Court of New Jersey

JUN 1 4 2012

CIVIL CASE MANAGEMENT
UNION COUNTY

|  |  |
|---|---|
| SITEXPEDITE<br>2233 W. Hilltop Lane<br>Oak Creek, WI 53154<br><br>　　　　　　Plaintiff,<br>v.<br><br>NeXXCom Wireless LLC<br>10455 Pacific Center Court<br>San Diego, CA 92121<br><br>　　　　　　Defendant. | SUPERIOR COURT OF NEW JERSEY<br>UNION COUNTY<br>LAW DIVISION<br><br>UNN L 2135 12<br>DOCKET NO.:<br><br>CIVIL ACTION<br><br>COMPLAINT |

Plaintiff, SiteXpedite, with a principal place of business at 2233 W. Hilltop Lane, Oak

Creek, WI 53154, by way of Complaint against Defendant, states:

### COUNT I - Breach of Contract

1.    SiteXpedite is a corporation in the business of providing services to the

wireless network community and maintains its offices at 2233 W. Hilltop Lane, Oak Creek,

WI 53154.

2.    NeXXCom Wireless, LLC, upon information and belief, is a limited liability

company that supplies services to the wireless community, and maintains a principal place of

business at 10455 Pacific Center Court, San Diego, CA 92121.

3.    Jurisdiction is proper in this Court because a significant amount of work

contracted for between the parties was performed in Union and Essex Counties, New Jersey.

4.    Defendant, NeXXCom Wireless, entered into various contracts with Plaintiff

to perform work relating to the installation of wireless cell antennas throughout the State of

New Jersey, as well as the State of California.

5.      Defendant, NeXXCom Wireless, promised to pay invoices on a weekly basis as they became due.

6.      In reliance upon this, Plaintiff performed a significant amount of work, both in the State of New Jersey and in the State of California.

7.      Attached to the Complaint and marked hereto as **Exhibit "A"** are copies of invoices totaling $372,589.97.

8.      In reliance upon future work from Defendant, Plaintiff, SiteXpedite, arranged, at its expense, to have certain materials transferred to the Southeast Pennsylvania area for storage.

9.      It was represented by Defendant, and Plaintiff relied upon same, that he would be involved in the installation of this equipment.

10.     In fact, Plaintiff received a telephone communication from Defendant saying that they had "changed direction" and that the equipment was to be shipped elsewhere and installed by a different contractor.

11.     At the same time, the Defendant had accumulated contractual obligations to Plaintiff in the amount in excess of $360,000.00.

12.     Plaintiff has made demand upon Defendant for these outstanding sums, and said demand has been denied.

13.     Defendant has breached its contract with Plaintiff, and there remains outstanding the sum of $372,589.97.  Demand for which has been made by Plaintiff and ignored.

WHEREFORE, Plaintiff demands judgment in its favor from and against Defendant for all amounts outstanding.

## COUNT II - Fraud

14.     Plaintiff hereby incorporates paragraphs 1-13 as if set forth herein at length.

15.     Defendant, NeXXCom Wireless, represented to Plaintiff that it would pay them for all outstanding invoices, as well as offering them additional work, so long as they persevered with them.

16.     Defendant, knew, or believed, that this statement was false.

17.     Defendant intended to deceive Plaintiff by these misrepresentations.

18.     Plaintiff believed and justifiably relied upon the statements of Defendant, and induced them to refrain from seeking collection of amounts due, and also induced them to provide storage at Plaintiff's expense.

19.     As a result of Plaintiff's reliance upon the misrepresentations of the Defendant, Plaintiff has sustained damages.

WHEREFORE, Plaintiff demands judgment in its favor for punitive damages, compensatory damages, attorneys fees, and costs.

Dated: June 13, 2012

JOHN G. TAKACS, ESQUIRE
Attorney for Plaintiffs

## DESIGNATION OF TRIAL COUNSEL

Pursuant to Rule 4:25-4, John G. Takacs, Esquire is designated as trial counsel in connection to the above-captioned matter.

JOHN G. TAKACS, ESQUIRE

Dated: June 13, 2012

## CERTIFICATION PURSUANT TO R.4:5-1

I certify that I am not aware of any other pending actions or pending arbitration proceedings regarding the above controversy and I am not aware of any other parties who should be joined in this subject action.

Dated: June 13, 2012

JOHN G. TAKACS, ESQUIRE
Attorney for Plaintiff

EXHIBIT "A"



SiteXpedite
2233 W HILLTOP LN
OAK CREEK, WI  53154

(937)685-7500
jcmcdade@sitexpedite.net
http://sitexpedite.net

Invoice

| Date | Invoice # |
|------|-----------|
| 06/12/2012 | 1148 |
| Terms | Due Date |
| Net 10 days | 06/22/2012 |

**Bill To**

Mr Sal Benti
NeXXCom Wireless LLC
10455 Pacific Center Court
San Diego, CA  92121
United States

| Amount Due | Enclosed |
|------------|----------|
| $2,870.00 | |

Please detach top portion and return with your payment

| | Assigned to: | Project Name | Service type |
|---|---|---|---|
| | John C McDade | NJ/NY | Acquisition Expenses |

| Activity | Quantity | Rate | Amount |
|----------|----------|------|--------|
| NJ/NY | 1 | 2,870.00 | 2,870.00 |
| Site Acquisition expenses    Stephen Leahan - 9 wks | | | |
| | | **Total** | $2,870.00 |

If you have any questions concerning this invoice, please contact John at
414-801-6658 or jcmcdade@sitexpedite.net

Thank you for choosing SiteXpedite.



SiteXpedite
2233 W HILLTOP LN
OAK CREEK, WI  53154

(937)685-7500
jcmcdade@sitexpedite.net
http://sitexpedite.net

Invoice

| Date | Invoice # |
|------|-----------|
| 05/11/2012 | 1127 |
| | Due Date |
| | 05/31/2012 |

| Bill To |
|---------|
| Mr Sal Benti
NeXXCom Wireless LLC
10455 Pacific Center Court
San Diego, CA  92121
United States |

| Amount Due | Enclosed |
|------------|----------|
| $265,000.00 | |

>< Please detach top portion and return with your payment. ><

| | Assigned to: | Project Name | Service type |
|---|---|---|---|
| | John C McDade | First Solar | Trenching |

| Activity | Quantity | Rate | Amount |
|----------|----------|------|--------|
| Trenching First Solar AT&T | 1 | 265,000.00 | 265,000.00 |
| 8000 Linear feet of trenching at 36"-60" depth, Under street boring,PVC and connectors (delivered to site),Handholds (qty. 14 delivered to site), Mule tape and misc. materials, Caltrans (Utility Location Srvc), Field Mgmt (coordination and permitting) 1.) This is a turnkey Program. The Program, all of its elements, expenses, components, materials, deliverable and any other commitments are the full responsibility of SiteExpedite. 2.) The Program is to be conducted for First Solar and AT&T ("Customers"). NeXXCom has no operational role in the Program and no responsibility to the Customers for this Program. 3.) SiteExpedite is 100% responsible for achieving Customer Acceptance of the Program. Customer Acceptance is requisite for payment via NeXXCom's contract facility to release funds against the Program. 4.) NeXXCom will not be responsible for any financing or financial support of this Program. 5.) NeXXCom's participation will be limited to providing assistance with Customer communications as these are NeXXCom Customers for other Programs not included in this Purchase | | | |
| Continue to the next page. | | | |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| Order. | | | |
| 6.) NeXXCom will provide a Contract Vehicle pass through via NeXXCom's Westcon Group - AT&T Contract facility with a 10% profit paid to NeXXCom | | | |
| 7.) NeXXCom will pay SiteExpedite in full, within 72 hours of NeXXCom being paid in full by Westcon Group with AT&T and Customer Acceptance | | | |
| If you have any questions concerning this invoice, please contact John at 414-801-6658 or jcmcdade@sitexpedite.net | | Total | $265,000.00 |

Thank you for choosing SiteXpedite.



SiteXpedite
2233 W HILLTOP LN
OAK CREEK, WI 53154

(937)685-7500
jcmcdade@sitexpedite.net
http://sitexpedite.net

Invoice

| Date | Invoice # |
|------|-----------|
| 05/23/2012 | 1132 |
| Terms | Due Date |
| Net 30 | 06/22/2012 |

**Bill To**

Mr Sal Benti
NeXXCom Wireless LLC
10455 Pacific Center Court
San Diego, CA  92121
United States

| Amount Due | Enclosed |
|------------|----------|
| $28,990.00 | |

Please detach top portion and return with your payment

| Assigned to: | Project Name | Service type |
|--------------|--------------|--------------|
| John C McDade | FS-Wireless | Electronic |

| Activity | Quantity | Rate | Amount |
|----------|----------|------|--------|
| New Site Installs - 2 sites plus ground work | 4 | 3,600.00 | 14,400.00 |
| Construction Management | 1 | 2,190.00 | 2,190.00 |
| Mobilization fee for travel and expenses | 1 | 2,400.00 | 2,400.00 |
| Decommission obsolete sites | 1 | 7,500.00 | 7,500.00 |
| Exclusions: | | | |
| Power work will be quoted on seperate document | | | |
| | | | |
| Buyer to Supply: | | | |
| Radios and microwave antennas | | | |
| Power supplies | | | |
| | | | |
| Materials: | | | |
| Antenna Mounts, Grounding, Cabling,Conduit | | | |
| and Cable Management- | | | |
| Estimated - Actual will be cost + 10% | | | |
| Materials: | 1 | 2,500.00 | 2,500.00 |
| Antenna Mounts, Grounding, Cabling,Conduit | | | |
| and Cable Management- | | | |
| Estimated - Actual will be cost + 10% | | | |

If you have any questions concerning this invoice, please contact John at
414-801-6658 or jcmcdade@sitexpedite.net

| | Total | $28,990.00 |
|---|-------|-----------|

Thank you for choosing SiteXpedite.



SiteXpedite
2233 W HILLTOP LN
OAK CREEK, WI 53154

(937)685-7500
jcmcdade@sitexpedite.net
http://sitexpedite.net

Invoice

| Date | Invoice # |
|------|-----------|
| 06/08/2012 | 1139 |
| Terms | Due Date |
| Net 10 days | 06/18/2012 |

**Bill To**

Mr Sal Benti
NeXXCom Wireless LLC
4365 Executive Drive/Suite 1500
San Diego, CA  92121
United States

| Amount Due | Enclosed |
|------------|----------|
| $2,400.00 | |

>< Please detach top portion and return with your payment ><

| Assigned to: | Project Name | Service type |
|--------------|--------------|--------------|
| John C McDade | New Jersey | Network |

| Activity | Quantity | Rate | Amount |
|----------|----------|------|--------|
| SiteXpedite will perform various network construction activities on behalf of NeXXCom. This will include activities such as site aquisition, power management, program management and installation. Other activities may be included from time to time<br><br>NeXXCom will pay for certain preapproved expenses (approved by Sean Lemons or S J Lawrence - only)<br><br>SiteXpedite's associate will be branded as NeXXCom staff. While working on NeXXCom projects. | | | 2,400.00 |

If you have any questions concerning this invoice, please contact John at 414-801-6658 or jcmcdade@sitexpedite.net

| | | Total | $2,400.00 |
|--|--|-------|-----------|

Thank you for choosing SiteXpedite.



SiteXpedite
2233 W HILLTOP LN
OAK CREEK, WI  53154

(937)685-7500
jcmcdade@sitexpedite.net
http://sitexpedite.net

Invoice

| Date | Invoice # |
|---|---|
| 06/08/2012 | 1140 |
| Terms | Due Date |
| Net 10 days | 06/18/2012 |

**Bill To**

Mr Sal Benti
NeXXCom Wireless LLC
10455 Pacific Center Court
San Diego, CA  92121
United States

| Amount Due | Enclosed |
|---|---|
| $2,190.00 | |

>< Please detach top portion and return with your payment  ><

| Assigned to: | Project Name | Service type |
|---|---|---|
| John C McDade | NY/NJ - Virtu | Site Acquistion Svcs |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| Zoning and Permitting NY/NJ - Licensed Electrian and GC.<br><br>Engagement period - 7 weeks<br>PO# 1023 | 1 | 2,190.00 | 2,190.00 |
| | | **Total** | $2,190.00 |

If you have any questions concerning this invoice, please contact John at
414-801-6658 or jcmcdade@sitexpedite.net

Thank you for choosing SiteXpedite.



SiteXpedite
2233 W HILLTOP LN
OAK CREEK, WI 53154

(937)685-7500
jcmcdade@sitexpedite.net
http://sitexpedite.net

Invoice

| Date | Invoice # |
|------|-----------|
| 06/11/2012 | 1142 |
| Terms | Due Date |
| Net 20 | 07/01/2012 |

**Bill To**

Mr Sal Benti
NeXXCom Wireless LLC
10455 Pacific Center Court
San Diego, CA 92121
United States

| Amount Due | Enclosed |
|------------|----------|
| $18,592.18 | |

Please detach top portion and return with your payment

| Assigned to: | Project Name | Service type |
|--------------|--------------|--------------|
| John C McDade | NJ/NY | Change Order |

| Activity | Quantity | Rate | Amount |
|----------|----------|------|--------|
| Change order - Mike Peter's (Sub Carrier) | 1 | 6,499.18 | 6,499.18 |
| Mobilization of Mike Peter's Tower Crew (Hotel) | 1 | 274.00 | 274.00 |
| Tower Crew | 1 | 100.00 | 100.00 |
| Change order - JKV Communication (Halsey) | 1 | 8,879.00 | 8,879.00 |
| JKV Fiber testing | 1 | 1,840.00 | 1,840.00 |
| Kroncom Tower Climber Sub Carrier | 1 | 600.00 | 600.00 |
| Cell Connect Tower Climber Sub Carrier | 1 | 400.00 | 400.00 |
| | | **Total** | $18,592.18 |

If you have any questions concerning this invoice, please contact John at
414-801-6658 or jcmcdade@sitexpedite.net

Thank you for choosing SiteXpedite.



SiteXpedite
2233 W HILLTOP LN
OAK CREEK, WI  53154

(937)685-7500
jcmcdade@sitexpedite.net
http://sitexpedite.net

| | Invoice |
|---|---|
| **Date** | **Invoice #** |
| 06/12/2012 | 1143 |
| **Terms** | **Due Date** |
| Net 20 | 07/02/2012 |

**Bill To**

Mr Sal Benti
NeXXCom Wireless LLC
10455 Pacific Center Court
San Diego, CA  92121
United States

| Amount Due | Enclosed |
|---|---|
| $25,633.53 | |

>< Please detach top portion and return with your payment ><

| Assigned to: | Project Name | Service type |
|---|---|---|
| John C McDade | First Solar | Change order |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| Change order -First Solar. | 1 | 0.00 | 0.00 |
| Lost production time and incurred expenses due to: | | | |
| | | | |
| Failure to provide access and permits for the trenching path | | | |
| | | | |
| Contradictory information and instructions for First Solar Compliance requirements | | | |
| | | | |
| Failure to notify its contractors of the potential presence of Protected Species wildlife | | | |
| | | | |
| General disorganization about the project, path and administrative requirements associated with construction on their property | | | |
| | | | |
| The following costs were incurred and/new requirements identified during the course of the week: | | | |
| Labor and equipment demobilization | 1 | 11,400.00 | 11,400.00 |
| Mobilization    return to work site on June 4, 2012 | 1 | 5,450.00 | 5,450.00 |
| Expenses and per diem | 1 | 2,954.89 | 2,954.89 |
| Lodging | 1 | 1,318.96 | 1,318.96 |
| New Requirement    Respirator masks and fittings | 1 | 4,509.68 | 4,509.68 |

If you have any questions concerning this invoice, please contact John at
414-801-6658 or jcmcdade@sitexpedite.net

| | Total | $25,633.53 |
|---|---|---|

Thank you for choosing SiteXpedite.



SiteXpedite
2233 W HILLTOP LN
OAK CREEK, WI 53154

(937)685-7500
jcmcdade@sitexpedite.net
http://sitexpedite.net

|  | Invoice |
|---|---|
| Date | Invoice # |
| 06/12/2012 | 1145 |
| Terms | Due Date |
| Net 10 days | 07/02/2012 |

**Bill To**

Mr Sal Benti
NeXXCom Wireless LLC
10455 Pacific Center Court
San Diego, CA  92121
United States

| Amount Due | Enclosed |
|---|---|
| $1,365.00 | |

Please detach top portion and return with your payment

| Assigned to: | Project Name | Service type |
|---|---|---|
| John C McDade | NJ/NY | Travel |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| Expenses for Ron De Ritis - Traveling | 1 | 1,365.00 | 1,365.00 |
| | | | |
| 4/30 to 5/04/2012 - | | | |
| Gas: $190.00 | | | |
| Tolls : $115.00 | | | |
| | | | |
| 5/07 to 5/11/2012 - | | | |
| Gas: $130.00 | | | |
| Tolls: $90.00 | | | |
| | | | |
| 5/14 - 5/18/2012 | | | |
| Gas: $165.00 | | | |
| Tolls: $115.00 | | | |
| | | | |
| 5/21 - 5/25/2012 | | | |
| Gas: 170.00 | | | |
| Tolls: $120.00 | | | |
| | | | |
| 5/28 - 6/01/2012 | | | |
| Gas: $145.00 | | | |
| Tolls: $125.00 | | | |

| | Total | $1,365.00 |
|---|---|---|

If you have any questions concerning this invoice, please contact John at
414-801-6658 or jcmcdade@sitexpedite.net

Thank you for choosing SiteXpedite.



SiteXpedite
2233 W HILLTOP LN
OAK CREEK, WI 53154

(937)685-7500
jcmcdade@sitexpedite.net
http://sitexpedite.net

Invoice

| Date | Invoice # |
|------|-----------|
| 06/12/2012 | 1146 |
| Terms | Due Date |
| Net 10 days | 07/02/2012 |

**Bill To**

Mr Sal Benti
NeXXCom Wireless LLC
10455 Pacific Center Court
San Diego, CA  92121
United States

| Amount Due | Enclosed |
|------------|----------|
| $2,000.00 | |

Please detach top portion and return with your payment

| Assigned to: | Project Name | Service type |
|--------------|--------------|--------------|
| John C McDade | NJ/NY | Reimbursement |

| Activity | Quantity | Rate | Amount |
|----------|----------|------|--------|
| Laptop Computer - Mike Peters | | 2,000.00 | 2,000.00 |

If you have any questions concerning this invoice, please contact John at
414-801-6658 or jcmcdade@sitexpedite.net

| | Total | $2,000.00 |
|--|-------|-----------|

Thank you for choosing SiteXpedite.



SiteXpedite
2233 W HILLTOP LN
OAK CREEK, WI 53154

(937)685-7500
jcmcdade@sitexpedite.net
http://sitexpedite.net

| | Invoice |
|---|---|
| **Date** | **Invoice #** |
| 05/08/2012 | 1125 |
| **Terms** | **Due Date** |
| Net 30 | 06/07/2012 |

| Bill To |
|---|
| Mr Sal Benti
NeXXCom Wireless LLC
10455 Pacific Center Court
San Diego, CA  92121
United States |

| Amount Due | Enclosed |
|---|---|
| $19,978.26 | |

>< Please detach top portion and return with your payment ><

| Assigned to: | Project Name | Service type |
|---|---|---|
| Stephen Leahen | Skymax | Site Install |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| Skymax Site Install - Radisson/Carteret SOW | 1 | 4,629.70 | 4,629.70 |
| | | | |
| Service to be performed - Labor to install (1) Skymax dish to rooftop elevator penthouse, perform all grounding as necessary. | | | |
| | | | |
| Install 3-1/2'x60' galvanized mast, antenna wall mounts, u-bolts, CAT5, fiber, modular terminations, grounding, cable mgmt, connectors and all hardware | | | |
| Skymax Site Installs - Crown Plaza Airport SOW | 2 | 2,509.00 | 5,018.00 |
| | | | |
| Service to be performed - Labor to Install (2) Skymax dishes to rooftop parapet to tower walls. | | | |
| | | | |
| Install 3-1/2'x60' galvanized mast, antenna wall mounts, u-bolts, CAT5, fiber , modular terminations, grounding, cable mgmt, connectors and all hardware. | | | |
| Perform all labor to align (3) Links | 3 | 1,500.00 | 4,500.00 |
| | | | |
| Buyer to Supply: | | | |
| | | | |
| Permitting (if required) Three (3) Skymax Dishes Three (3) Skymax ODU's | | | |
| | | | |
| | | | |
| | | | |
| Continue to the next page. | | | |

Page 2 of 2

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| Antenna pipe wall mounts, grounding, cabling, conduit approx 700', and cable management<br><br>PO# 1021 | 2 | 2,915.28 | 5,830.56 |
| | | Total | $19,978.26 |

If you have any questions concerning this invoice, please contact John at 414-801-6658 or jcmcdade@sitexpedite.net

Thank you for choosing SiteXpedite.



SiteXpedite
2233 W HILLTOP LN
OAK CREEK, WI 53154

(937)685-7500
jcmcdade@sitexpedite.net
http://sitexpedite.net

Invoice

| Date | Invoice # |
|------|-----------|
| 06/12/2012 | 1144 |
| Terms | Due Date |
| Net 20 | 07/02/2012 |

**Bill To**

Mr Sal Benti
NeXXCom Wireless LLC
10455 Pacific Center Court
San Diego, CA 92121
United States

| Amount Due | Enclosed |
|------------|----------|
| $2,071.00 | |

Please detach top portion and return with your payment.

| Assigned to: | Project Name | Service type |
|--------------|--------------|--------------|
| John C McDade | NJ/NY | Permit/Zoning |

| Activity | Quantity | Rate | Amount |
|----------|----------|------|--------|
| NJ/NY SCOPE of work | 1 | 2,071.00 | 2,071.00 |
| | | | |
| Permit and Zoning | | | |
| Travel Expenses | | | |
| | | | |
| 5/7 - 5/18/2012 | | | |
| Gas: $350.00 | | | |
| Tolls: $289.00 | | | |
| | | | |
| 5/21 - 5/25/2012 | | | |
| Gas: $205.00 | | | |
| Tolls: $160.00 | | | |
| | | | |
| 5/28 - 6/08/2012 | | | |
| Gas: $320.00 | | | |
| Tolls: 235.00 | | | |

If you have any questions concerning this invoice, please contact John at
414-801-6658 or jcmcdade@sitexpedite.net

| Total | $2,071.00 |
|-------|-----------|

Thank you for choosing SiteXpedite.



SiteXpedite
2233 W HILLTOP LN
OAK CREEK, WI 53154

(937)685-7500
jcmcdade@sitexpedite.net
http://sitexpedite.net

Invoice

| Date | Invoice # |
|------|-----------|
| 06/04/2012 | 1147 |
| Terms | Due Date |
| Net 10 days | 06/14/2012 |

**Bill To**

Mr Sal Benti
NeXXCom Wireless LLC
10455 Pacific Center Court
San Diego, CA 92121
United States

| Amount Due | Enclosed |
|------------|----------|
| $1,500.00 | |

>< Please detach top portion and return with your payment ><

| Assigned to: | Project Name | Service type |
|--------------|--------------|--------------|
| John C McDade | UP Tel/MI | Los Survey |

| Activity | Quantity | Rate | Amount |
|----------|----------|------|--------|
| LOS Survey - Verification with Tower Crew - 2 links<br>REF Quote UP-MI-0002<br><br>PO#1032 | 1 | 1,500.00 | 1,500.00 |
| | | **Total** | **$1,500.00** |

If you have any questions concerning this invoice, please contact John at
414-801-6658 or jcmcdade@sitexpedite.net

Thank you for choosing SiteXpedite.