Stefan B. Kalina, Esq.
Cox Padmore Skolnik & Shakarchy LLP
630 Third Avenue, 19th Floor
New York, NY  10017
Attorneys for Defendant
NeXXCom Wireless LLC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SITEXPEDITE | **Document Electronically Filed** |
| Plaintiff, | |
| v. | **Civil Action No.:**_____ |
| NeXXCom Wireless LLC, | **DISCLOSURE STATEMENT** |
| Defendant. | |

TO:    Clerk of the Court
        United States District Court
        District of New Jersey
        50 Walnut Street
        Newark, New Jersey 07101

SIR/MADAM:

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Defendant NeXXCom Wireless LLC certifies that this party is a non-governmental corporate party and that this party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Cox Padmore Skolnik & Shakarchy LLP
By:    s/ Stefan B. Kalina
        Stefan B. Kalina
630 Third Avenue, 19th Floor
New York, NY  10017
Attorneys for Defendant
NeXXCom Wireless LLC

Dated: August 13, 2012

1

TO:    John G. Takacs, Esq.
        89 North Haddon Avenue
        Haddonfield, NJ  08033
        Attorney for Plaintiff
        SITEXPEDITE